# EXHIBIT A

**From:** IOSFOIA@doc.gov
**Subject:** DOC-IOS-2026-000431, Freedom of Information Act (FOIA) Acknowledgement
**Date:** December 4, 2025 at 12:25 PM
**To:** foia@americanoversight.org

> **EXTERNAL SENDER**

Dear Ms. Lewis:

This email acknowledges receipt of your 10/10/2025, request made pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 552, regarding "All email communications (including emails, email attachments, complete email chains, calendar invitations, and calendar invitation attachments) between any of the officials listed below, and/or anyone communicating on their behalf, such as an assistant, secretary, and/or scheduler, and (b) any of the external entities or individuals listed below (including the listed email addresses and/or domains). Department of Commerce Officials: i. Howard Lutnick, Secretary, ii. Paul Dabbar, Deputy Secretary, iii. John Guenther, Acting General Counsel, iv. Nicole Cubbage, Chief of Staff to the Deputy Secretary, v. Harry Kumar, Senior Advisor to the Deputy Secretary, vi. Cameron Basco, Senior Advisor to the Deputy Secretary, vii. Anyone serving as Chief of Staff or Senior Advisor to the Secretary, viii. Anyone serving as Chief of Staff or Senior Advisor to the Acting General Counsel External Entities and Individuals: a. A&O Shearman (aoshearman.com), b. Boris Epshteyn Cadwalader, c. Wickersham & Taft (cwt.com), d. Kirkland & Ellis (kirkland.com), e. Latham & Watkins (lw.com), f. Milbank (milbank.com), g. Paul, Weiss, Rifkind, Wharton & Garrison (paulweiss.com), h. Skadden, Arps, Slate, Meagher, & Flom (skadden.com), i. Simpson Thatcher & Bartlett (stblaw.com), i. Willkie Farr & Gallagher (willkie.com) From March 20, 2025, through the date the search is conducted."  The U.S. Department of Commerce's Office of Privacy and Open Government (the "Office") received your request on 10/10/2025, and assigned it the above referenced tracking request number.  Unless you advise otherwise, we will treat as non-responsive any compilations of publicly available news reports and any publicly available documents note created by the U.S. government, such as mass-distribution emails from news media.  This Office will not be able to respond within the 20 days provided by the statute due to "unusual circumstances." See 5 U.S.C. § 552(a)(6)(B)(i)-(iii).  In this instance, the "unusual circumstances" include the need to the need to search for, collect, and appropriately examine a voluminous amount of separate and distinct records that are the subject of a single request; and the need to consult, which shall be conducted with all practicable speed, with another Federal agency having a substantial interest in the determination of the FOIA request or with another component of the Department which has a substantial interest in the determination of the request.  This Office will process your request as quickly as possible.

If you have any questions regarding your request, would like to narrow the scope or arrange an alternative time frame to speed its processing, please contact this Office at IOSFOIA@doc.gov.  For further assistance, you may also contact Nicholas J. Cormier as this Office's FOIA Public Liaison at eFOIA@doc.gov.

Sincerely,

Office of Privacy and Open Government
U.S. Department of Commerce