# EXHIBIT E



**UNITED STATES DEPARTMENT OF COMMERCE**
Office of the Chief Financial Officer and
Assistant Secretary for Administration
Washington, D.C. 20230

December 9, 2025

Emma Lewis
Email: foia@americanoversight.org

RE: DOC-IOS-2026-000432

Dear Ms. Lewis:

This letter acknowledges receipt of your 10/10/2025, request made pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 552, regarding "Records reflecting any final legal advice and analysis (including both formal legal analyses and memoranda, as well as informal electronic communications) regarding law firms conducting pro bono, discounted, and/or free work for the federal government, including, but not limited to, whether such arrangements comply with the Antideficiency Act and/or other federal statutes.

Please provide all responsive records created, issued, or in effect from January 20, 2025, through the date the search is conducted. (Date Range for Record Search: From 1/20/2025 To 10/10/2025)." The U.S. Department of Commerce's Office of Privacy and Open Government (the "Office") received your request on 10/10/2025, and assigned it the above referenced tracking request number. Unless you advise otherwise, we will treat as non-responsive any compilations of publicly available news reports and any publicly available documents note created by the U.S. government, such as mass-distribution emails from news media. This Office will not be able to respond within the 20 days provided by the statute due to "unusual circumstances." See 5 U.S.C. § 552(a)(6)(B)(i)-(iii). In this instance, the "unusual circumstances" include the need to search for and collect the requested records agency records from field facilities or other establishments that are separate from this Office. This Office will process your request as quickly as possible.

Also, you requested a waiver of fees associated with the processing of your request. Please be advised this Office will make a determination regarding a fee waiver at a later date.

If you have any questions regarding your request, would like to narrow the scope or arrange an alternative time frame to speed its processing, please contact Courtney McRae, the analyst assigned to processing your request, at cmcrae@doc.gov . For further assistance, you may also contact me as this Office's FOIA Public Liaison at eFOIA@doc.gov.

Sincerely,

*for*   Nicholas J. Cormier
Acting Chief Privacy Officer and Director of

Open Government
Office of Privacy and Open Government