UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN OVERSIGHT,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF<br>COMMERCE, et al.,<br><br>        Defendants. | Civil Action No. 25-4302 (CJN) |

## JOINT STATUS REPORT

Pursuant to the Court's February 27, 2026, Minute Order, Plaintiff American Oversight ("Plaintiff") and Defendants the U.S. Department of Justice ("DOJ") and U.S. Department of Commerce ("Commerce"), by and through undersigned counsel, hereby submit this Joint Status Report. The parties report as follows:

1.    Plaintiff brings this action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, seeking responses to eight FOIA requests. *See generally* Compl. (ECF No. 1).

2.    The Court ordered that the parties submit a joint status report. *See* Feb. 27, 2026, Min. Order.

3.    Regarding Defendant DOJ, three DOJ components are processing five of the eight FOIA requests at issue, including the Office of Information Policy ("OIP"), the Office of Legal Counsel ("OLC"), and the Criminal Division ("CRM"). Each component reports as follows:

   a.    OIP: OIP's search process is ongoing. OIP cannot yet ascertain when its initial searches will be complete but expects to provide further information about its search timeline and anticipated next steps in the parties' next status report.

b.  OLC: OLC's search process is ongoing.  OLC cannot yet ascertain when its initial searches will be complete but expects to provide further information about its search timeline and anticipated next steps in the parties' next status report.

c.  CRM: The Criminal Division's search for potentially responsive records is ongoing. The Criminal Division anticipates being able to provide Plaintiff with an update on the completion status of the search for potentially responsive records, in the next joint status report.

4.  Defendant Commerce, which is processing the remaining three FOIA requests, reports that they are conducting searches for records potentially responsive to Plaintiff's FOIA requests and anticipate completing those searches by May 26, 2026. Defendants further report that they intend to meet and confer with Plaintiff to clarify and discuss potential ways to narrow the scope of the request and aim to do so no later than June 25, 2026.

5.  Defendants do not anticipate filing a motion for stays under *Open America v. Watergate Special Prosecution Force*, 547 F.2d 605 (D.C. Cir. 1976).

6.  Because responses are not completed in this matter and there is limited information available at this time, the parties are not yet able to determine whether summary judgment briefing will be necessary and for the parties to propose a briefing schedule. Once Defendants issue their final responses, Plaintiff and Defendants will cooperatively work together to narrow or resolve any substantive issues of disagreement and, if necessary, propose a briefing schedule.

7.  To that end, the parties request that the Court defer entering a briefing schedule and instead order the parties to file another Joint Status Report on or before May 26, 2026, updating the Court of the parties' discussions and, if necessary, proposing a briefing schedule.

Dated: March 27, 2026                              Respectfully submitted,

/s/ *Jessica Jensen*
Jessica Jensen
D.C. Bar No. 1048305
Elizabeth Haddix
D.C. Bar No. 90019750
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 869-5246
jessica.jensen@americanoversight.org

*Attorney for Plaintiff*

JEANINE FERRIS PIRRO
United States Attorney


By: _____ /s/ *Bisola Oni* _____
　　BISOLA ONI
　　DC Bar # 90006216
　　Assistant United States Attorney
　　601 D Street, NW
　　Washington, DC 20530
　　(202) 252-0872
　　Bisola.Oni@usdoj.gov

*Attorneys for the United States of America*