UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN OVERSIGHT,<br><br>             Plaintiff,<br><br>        v.<br><br>UNITED STATES DEPARTMENT OF<br>COMMERCE, et al.,<br><br>             Defendants. | Civil Action No. 25-4302 (CJN) |

**JOINT STATUS REPORT**

Pursuant to the Court's April 3, 2026, Minute Order, Plaintiff American Oversight ("Plaintiff") and Defendants the U.S. Department of Justice ("DOJ") and U.S. Department of Commerce ("Commerce"), by and through undersigned counsel, hereby submit this Joint Status Report.  The parties report as follows:

1.      Plaintiff brings this action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, seeking responses to eight FOIA requests.  *See generally* Compl. (ECF No. 1).

2.      Regarding Defendant DOJ, three DOJ components are processing five of the eight FOIA requests at issue, including the Office of Information Policy ("OIP"), the Office of Legal Counsel ("OLC"), and the Criminal Division ("CRM").  Each component reports as follows:

a.    OIP: OIP's search for potentially responsive material is ongoing.  OIP anticipates completing its initial electronic records search in approximately five weeks, after which it will conduct responsiveness review and deduplication of the search results returned.  OIP expects to provide further information regarding the timeline for this initial review process once the initial search results have been returned.

b.    OLC: OLC's search for potentially responsive material is ongoing. OLC anticipates completing its initial electronic records search in approximately five weeks, after which it will conduct responsiveness review and deduplication of the search results returned.  OLC expects to provide further information regarding the timeline for this initial review process once the initial search results have been returned.

c.    CRM: The Criminal Division's search for potentially responsive records is ongoing. The Criminal Division expects the search to be completed within 45 days.

3.    Defendant Commerce, which is processing the remaining three FOIA requests, reports as follows:

a.    DOC-OS-2026-000098: Commerce is continuing to search for responsive records and will provide further details to Plaintiff as the results are finalized.

b.    DOC-IOS-2026-000431 and DOC-IOS-2026-000432: Commerce has contacted Plaintiff with proposals to limit the scope of these two requests, and Plaintiff has provided an initial response to these proposals.  Once the Parties have agreed to search parameters, Commerce will complete the searches and be able to report the number of potentially responsive records in a future status report.

c.    As Commerce is continuing to search, Commerce will provide Plaintiff with an update by June 16, 2026.

4.    Because responses are not completed in this matter and there is limited information available at this time, the parties are not yet able to determine whether summary judgment briefing will be necessary and for the parties to propose a briefing schedule. Once Defendants issue their final responses, Plaintiff and Defendants will cooperatively work together to narrow or resolve any

substantive issues of disagreement and, if necessary, propose a briefing schedule.

5.    To that end, the parties request that the Court defer entering a briefing schedule and instead order the parties to file another Joint Status Report on or before July 22, 2026, updating the Court of the parties' discussions and, if necessary, proposing a briefing schedule.

Dated: May 26, 2026                 Respectfully submitted,

*/s/ Jessica Jensen*                  JEANINE FERRIS PIRRO
Jessica Jensen                      United States Attorney
D.C. Bar No. 1048305
Elizabeth Haddix
D.C. Bar No. 90019750               By: _____*/s/ Bisola Oni*_____
AMERICAN OVERSIGHT                      BISOLA ONI
1030 15th Street NW, B255               DC Bar # 90006216
Washington, DC 20005                    Assistant United States Attorney
(202) 869-5246                          601 D Street, NW
jessica.jensen@americanoversight.org    Washington, DC 20530
                                        (202) 252-0872
*Attorneys for Plaintiff*               Bisola.Oni@usdoj.gov

                                    *Attorneys for the United States of America*