UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF COMMERCE, et al.,<br><br>Defendants. | Civil Action No. 25-4302 (CJN) |

**JOINT STATUS REPORT**

Pursuant to the Court's July 24, 2026, Minute Order, Plaintiff American Oversight ("Plaintiff") and Defendants the U.S. Department of Justice ("DOJ") and U.S. Department of Commerce ("Commerce"), by and through undersigned counsel, hereby submit this Joint Status Report. The parties report as follows:

1. Plaintiff brings this action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, seeking responses to eight FOIA requests submitted to Defendants in October 2025. *See generally* Compl. (ECF No. 1).

2. Regarding Defendant DOJ, three DOJ components are processing five of the eight FOIA requests at issue, including the Office of Information Policy ("OIP"), the Office of Legal Counsel ("OLC"), and the Criminal Division ("CRM"). Each component reports as follows:

   a. OIP: On September 18, 2026, OIP anticipates providing its final response to Plaintiff's two requests that were submitted to OIP (FOIA-2026-00077 / DOJ-25-2382 and FOIA-2026-00078 / DOJ-25-2385).

b. OLC: OLC provided a final response to FY26-013 / DOJ-OLC-25-2388 on September 17, 2026.

c. CRM: The Criminal Division provided Plaintiff with its first interim response to CRM-302386803 / DOJ-CRM-25-2383 and CRM- 302386804 / DOJ-CRM-25-2383 on September 16, 2026, and anticipates providing Plaintiff with its second interim response by November 2, 2026.

3. Defendant Commerce, which is processing the remaining three FOIA requests, reports as follows:

a. DOC-IOS-2026-000431 / COMM-25-2381: Commerce has conducted its initial search for records of the four most responsive custodians as agreed upon with Plaintiff and has located 331 potentially responsive records (approx. 8,000 pages). Commerce is continuing to review potentially responsive records to determine their releasability. To date, Commerce has conducted an initial review of approximately 756 pages of records and anticipates continuing its initial review at a pace of approximately 500 pages per month.

b. DOC-IOS-2026-000432 / COMM-25-2387: Commerce provided a final response on July 22, 2026.

c. DOC-OS-2026-000098 / COMM-25-2384: As previously reported, Commerce is continuing to search for responsive records and will provide further details to Plaintiff as the results are finalized.

4. Because responses are not completed in this matter and there is limited information available at this time, the parties are not yet able to determine whether summary judgment briefing will be necessary and for the parties to propose a briefing schedule. Once Defendants issue their final responses, Plaintiff and Defendants will cooperatively work together to narrow or resolve any

substantive issues of disagreement and, if necessary, propose a briefing schedule.

5. To that end, the parties request that the Court defer entering a briefing schedule and instead order the parties to file another Joint Status Report on or before November 17, 2026, updating the Court of the parties' discussions and, if necessary, proposing a briefing schedule.

Dated: September 18, 2026

Respectfully submitted,

/s/ *Elizabeth Haddix*
Elizabeth Haddix
D.C. Bar No. 90019750
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(252) 359-7424-5246
elizabeth.haddix@americanoversight.org

*Attorneys for Plaintiff*

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ *Esther You*
ESTHER M. YOU
D.C. Bar No. 1044337
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-6608
esther.you2@usdoj.gov

*Attorneys for the United States of America*